DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZIGMUND BRACH,**
Appellant,

v.

**FLORIDA CENTER FOR RECOVERY, INC.,**
Appellee.

Nos. 4D2024-2847 and 4D2025-0214

[January 8, 2026]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562019CA001892.

Jesús E. Cuza, Monica V. Castro, J. Raul Cosio, and Daniel Mahfood of Holland & Knight LLP, Miami, for appellant.

Alan B. Rose and Scott Konopka of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***